JOSEPH CUMMINS, *ET AL.*, PLAINTIFFS-PETITIONERS, v. BOARD OF ADJUSTMENT OF THE BOROUGH OF LEONIA, DEFENDANT-RESPONDENT.

See same case below: 39 *N. J. Super.* 452.

*Mr. Herbert L. Smith* for the petitioners.

*Messrs. Westervelt & Leslie* and *Mr. James A. Major* for the respondent.

May 21, 1956. Denied.

E. JAY FERDINAND, *ET AL.*; PLAINTIFFS-RESPONDENTS, v. AGRICULTURAL INSURANCE COMPANY OF WATERTOWN, NEW YORK, DEFENDANT-PETITIONER.

See same case below: 40 *N. J. Super.* 1.

*Mr. Samuel Dreskin* and *Mr. George I. Janow,* of the New York Bar, for the petitioner.

*Mr. Albert M. Neiss* and *Mr. Frederick C. Vonhof* for the respondents.

May 21, 1956. Granted.